UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    ADRIANNE PASTER<br>        Debtor(s)<br>    M&T BANK<br>        Movant<br>    v.<br>    ADRIANNE PASTER<br>        Debtor(s)<br>    GEORGE A. PASTER<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 18-17961-pmm |

## **ORDER**

AND NOW, this __29th__ day of __September__, 2023, upon the motion of M&T Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, M&T Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 8134 HALSTEAD STREET, PHILADELPHIA, PA 19111.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE